UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABIMBOLA ADELAJA,

    Plaintiffs,

v.

JEROME GUILLEN, et al.,

    Defendants.

Case No. 25-cv-06558-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS: 1/16/2026.

FURTHER CASE MANAGEMENT: 3/20/2026 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/26/2026.

DESIGNATION OF EXPERTS: 7/10/2026; REBUTTAL: 8/21/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/4/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/4/2026;
    Opp. Due: 9/18/2026; Reply Due: 9/25/2026;
    and set for hearing no later than 10/9/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 10/27/2026
PRETRIAL CONFERENCE DATE: 11/10/2026 at 1:30 PM.

JURY TRIAL DATE: 11/23/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: December 12, 2025

_____
SUSAN ILLSTON
United States District Judge